Debtor name VERA RESTAURANTS INC.

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): 25-10623-LMI

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|---|
| 1 | Performance Food Service 3595 NW 125 St Miami FL 33167 | | Trade credit or | | $4,575.54 | | | |
| 2 | Belmont International Trading Corp 545 W 18 St Hialeah FL 3301 | | Trade credit or | | $3,886.75 | | | |
| 3 | Produce Partners 14001 NW 112 Ave #5 Hialeah FL 33167 | | Trade credit or | | $11,181.80 | | | |
| 4 | Sysco 12500 Sysco Way Medley FL 33178 | | Trade credit or | | $7,839.29 | | | |
| 5 | Everest Business Funding 2001 NW 107 Ave #300 Miami FL 33172 | | Loan | | $61,033.44 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | McKenzie Capital LLC 3390 Mary St #310 Miami FL 33133 | | Loan | | $57,441.00 | | | |
| 7 | Mr Green Produce 2450 NW 116 St #1 Miami FL 33167 | | Trade credit or | | $1,402.20 | | | |
| 8 | Cozzi Bros 8430 Brin Mawr Ave #800 Chicago IL 60631 | | Trade credit or | | $719.04 | | | |
| 9 | Paramount Food Group LLC 1301 SW 85 Ct Miami, FL 33144 | | Trade credit or | | $10,672.75 | | | |
| 10 | Hidalgo Imports 6040 NW 84 Ave. Miami, FL 33139 | | Trade credit or | | $503.52 | | | |
| | | | | | | | |

###|3925.2501\vera\/vera1.20+crs.lst