**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                      Case No.: 25-10623-LMI

                                                                                                    Chapter 11

VERA RESTAURANTS, INC.,
EIN: 92-2803275

             Debtor.
_____/

**DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP**

**DEBTOR**, pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1(a), states that no corporation directly or indirectly controls 10 per-cent or more of any class of the Debtor's equity interests.

Date: February 11, 2025_____

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.
Attorney for Vera Restaurants, Inc.
Florida Bar No.: 816183
Attorney for Debtor
Peter Spindel, Esq., P.A.
8181 NW 154 St. #204
Miami Lakes, FL 33016-5861
786.355.4631
peterspindel@gmail.com

###|3921.2501\vera\vera1.sta