UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 25-10623-LMI
 Chapter 11
VERA RESTAURANTS, INC.,
EIN: 92-2803275

       Debtor.
_____/

## LIST OF EQUITY SECURITYHOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case:

| Name and Last Know Address or place of business | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Henry Vera<br>15874 SW 14 Ct<br>Hollywood FL 33027 | Common | 750 | Shareholder Equity |
| Leon Zwick<br>301 North Hibiscus Dr<br>Miami Beach, FL 33139 | Common | 250 | Shareholder Equity |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, Peter Spindel, Esq., Attorney for the Debtor, Vera Restaurants, Inc. Named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: February 12, 2025

/s/ *Peter Spindel*
PETER SPINDEL, ESQ.
Florida Bar No.: 816183
Attorney for Debtor
Peter Spindel, Esq., P.A.
8181 NW 154 St. #204
Miami Lakes, FL 33016-5861
786.355.4631
peterspindel@gmail.com

###|3921.2501\vera\vera2.lst